United States District Court
Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8

| | |
|---|---|
| MARCUS BECERRA, NATALIE CIEBRANT, PHILLIP DIETRO, AND ARIEL GONZALEZ, on behalf of themselves, all others similarly situated, and as "aggrieved employees" under the California Labor Code Private Attorneys General Act,<br><br>PLAINTIFFS,<br><br>VS.<br><br>RADIOSHACK CORPORATION, AND DOES 1-10, INCLUSIVE,<br><br>DEFENDANTS. | Case No.: 4:11-cv-03586-YGR<br><br>**TENTATIVE SCHEDULING ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the unexpected rescheduling of the Case Management Conference on March 5, 2012, to March 19, 2012, the Court hereby sets the following tentative dates. If acceptable by all parties, the parties may file a JOINT Stipulation to the proposed dates by no later than Thursday, March 15, 2012. Upon receipt, the Court will confirm the dates in a separate order and the continued conference scheduled for March 19, 2012 will be taken off calendar. If a JOINT Stipulation is not filed, the conference will go forward as scheduled. Telephonic appearances for the continued conference will be allowed. To participate telephonically, parties should contact Frances Stone at 510-637-3540 by Friday, March 9, 2012 and provide contact information.

The Court notes that Defendants filed a Notice of Removal in this action on July 21, 2011. Plaintiffs filed the First Amended Class Action Complaint on December 16, 2011. Defendant RadioShack Corporation filed its Answer to Amended Complaint on January 6, 2012. The Court tentatively orders the following:

| | |
|---|---|
| Further Case Management Conference | June 11, 2012 at 2pm, Federal Courthouse Oakland, California |
| Cutoff for Non-Expert Class Discovery: | June 15, 2012 |
| Expert Class Certification Cutoff: | June 29, 2012 |
| Last Day for Hearing on Class Certification: | August 7, 2012 |

FURTHER, the Court hereby refers and orders the parties to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by March 20, 2012 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, March 23, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. By March 20, 2012, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

Mediation shall be completed by May 31, 2012.

**IT IS SO ORDERED.**

Dated: March 6, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**