Eric A. Grover, Esq. (SBN 136080)
Robert Spencer, Esq. (SBN 238491)
KELLER GROVER LLP
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
eagrover@kellergrover.com
rspencer@kellergrover.com

Attorneys for Plaintiffs
MARCUS BECERRA, NATALIE CIEBRANT,
PHILLIP DIETRO, AND ARIEL GONZALEZ

James S. McNeill (SBN 201663)
Peter Z. Stockburger (SBN 265750)
McKENNA LONG & ALDRIDGE LLP
4435 Eastgate Mall, Suite 400
San Diego, California 92121
Tel: (619)595-5400
Fax: (619)595-5450
jmcneill@mckennalong.com
pstockburger@mckennalong.com

Attorneys for Defendant
RADIOSHACK CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| MARCUS BECERRA, NATALIE CIEBRANT, PHILLIP DIETRO, and ARIEL GONZALEZ, on behalf of themselves, all others similarly situated, and as "aggrieved employees" under the California Labor Code Private Attorneys General Act,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RADIOSHACK CORPORATION, and DOES 1 through 10 inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 11-03586 YGR<br><br>CLASS ACTION<br><br>[PROPOSED] INITIAL SCHEDULING ORDER<br><br>**AS MODIFIED BY THE COURT**<br><br>Hon. Yvonne Gonzalez Rogers |

**TO ALL PARTIES AND COUSEL OF RECORD:**

Following the Case Management Conference on March 19, 2012, during which the parties agreed to forego class certification discovery for now and focus on discovery and summary judgment motion practice related to the question of whether Defendant's dress code requirements constitute a "uniform" under applicable California law, the Court issues the following Initial Scheduling Order:

Cutoff for Non-Expert Motion Related Discovery:   June 15, 2012

Expert Motion Related Discovery Cutoff:           June 29, 2012

Last day to hear summary judgment motion:        August 7, 2012

To the extent that the above-referenced summary judgment motion relates solely to the question of whether Defendant's dress code requirements constitute a "uniform," the Court waives the requirement for a pre-filing conference and letter briefs as set forth in Section 9 of the Court's Standing Order in Civil Cases.  If additional grounds for summary judgment are raised, the parties shall comply with the Section 9 requirements.

The Court will hold a further Case Management Conference following a ruling on the summary judgment motion.   The Court will issue an order concerning ADR at that Case Management Conference.

**IT IS SO ORDERED.**

Dated: March 30, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**YVONNE GONZALEZ ROGERS**
　UNITED STATES DISTRICT COURT JUDGE

Dated:  March 26, 2012                Respectfully submitted,

**KELLER GROVER LLP**

By: _____/s/_____
　　ERIC A. GROVER
　　Attorneys for Plaintiffs

**MCKENNA LONG AND**

1

[PROPOSED] INITIAL SCHEDULING ORDER                 CASE NO. 11-CV-03586 YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ALDRIDGE LLP**

By: _____/s/_____
JAMES S. MCNEILL
Attorneys for Defendant