UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BECERRA, et al., <br>     Plaintiffs, <br> v. <br> RADIOSHACK CORPORATION, <br>     Defendant. | Case No.: C-11-03586-YGR <br><br> **ORDER REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

The parties have filed a Stipulation and [Proposed] Order Related to Cross Motions for Summary Judgment. (Dkt. No. 50.) Plaintiffs seek to file a fifteen-page reply to Defendant's opposition to Plaintiffs' cross-motion for summary judgment. The parties have further agreed to continue the hearing from August 7, 2012 to August 21, 2012.

The Court **GRANTS** Plaintiffs' request to file a fifteen-page reply to Defendant's opposition to Plaintiffs' cross-motion for summary judgment by August 2, 2012. The reply must be limited to arguments raised in Defendant's opposition to Plaintiffs' cross-motion. However, the date proposed by the parties (August 21, 2012) is *not convenient* for the Court. The Court hereby continues the hearing to **September 11, 2012** at 2:00 p.m.

This Order terminates Dkt. No. 50.

**IT IS SO ORDERED.**

Dated: July 31, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**