1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

11

| | |
|---|---|
| MARCUS BECERRA, NATALIE CIEBRANT, PHILLIP DIETRO, and ARIEL GONZALEZ, on behalf of themselves, all others similarly situated, and as "aggrieved employees" under the California Labor Code Private Attorneys General Act, | ) Case No.:  011-03586 YGR ) )  **ORDER TO CONTINUE DATE OF** ) **CASE MANAGEMENT** ) **CONFERENCE _AS MODIFIED BY_** ) **_THE COURT_** ) ) Hon. Yvonne Gonzalez Rogers |
| Plaintiffs, | ) ) Complaint filed: May 26, 2011 |
| v. | ) FAC filed: December 16, 2011 ) |
| RADIOSHACK CORPORATION, and DOES 1 through 10 inclusive, Defendants. | ) ) ) ) ) |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1          Upon good cause showing, based on the Stipulation to Continue Date of Case

2    Management Conference, the Court hereby continues the case management hearing

3    scheduled for January 28, 2013 to **February 25, 2013**, beginning at 2:00 p.m.

4

5                                     Respectfully submitted,

6    Dated:   December 17, 2012                    **KELLER GROVER LLP**

7

8                                                By: */s/Eric A. Grover*_____
                                                 ERIC A. GROVER
9                                                Attorneys for Plaintiffs

10

11   Dated:   December 17, 2012                    **MCKENNA LONG & ALDRIDGE LLP**

12

13                                               By: */s/James S. McNeill*_____
                                                 JAMES S. MCNEILL
14                                               Attorneys for Defendant

15   **IT IS SO ORDERED:**

16

17   Dated:   December 18, 2012

18                                               HON. YVONNE GONZALEZ ROGERS
                                                 United States District Judge
19

20

21

22

23

24

25

26

27                                                          1

28