UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BECERRA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RADIOSHACK CORPORATION,<br><br>    Defendant. | Case No.: C-11-03586-YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court understands, based upon the representations of the parties (Dkt. No. 67), that the above-captioned case has settled. Plaintiffs represented that they anticipate filing a Motion for Preliminary Approval of the Class Settlement by August 27, 2013. Accordingly, all pending motion, case management and trial dates are **VACATED**. A compliance hearing shall be held on Friday, September 6, 2013 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, one of the following documents shall be filed: (a) Plaintiffs' Motion for Preliminary Approval of the Class Settlement; or (b) a one-page joint statement setting forth Plaintiffs' explanation regarding the failure to file said motion and Defendant's response thereto, if any. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: August 12, 2013

                                                     **YVONNE GONZALEZ ROGERS**
                                                     **UNITED STATES DISTRICT COURT JUDGE**