UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS BECERRA, et al.,

    Plaintiffs,

    v.

RADIOSHACK CORPORATION,

    Defendant.

Case No.: C-11-03586-YGR

**ORDER CONTINUING SEPTEMBER 6, 2013 COMPLIANCE HEARING**

The Court has reviewed Plaintiffs' and Defendant's Statement Re Compliance Hearing. (Dkt. No. 70.) In light of the representations made therein, the compliance hearing scheduled for September 6, 2013 is hereby **CONTINUED** to Friday, September 20, 2013 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, one of the following documents shall be filed: (a) Plaintiffs' Motion for Preliminary Approval of the Class Settlement; or (b) a one-page joint statement setting forth Plaintiffs' explanation regarding the failure to file said motion and Defendant's response thereto, if any. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: September 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**