1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 MARCUS BECERRA, NATALIE
CIEBRANT, PHILLIP DIETRO, and
12 ARIEL GONZALEZ, on behalf of
themselves, all others similarly situated,
13 and as "aggrieved employees" under the
California Labor Code Private Attorneys
14 General Act,

15                  Plaintiffs,
       v.
16

17 RADIOSHACK CORPORATION, and
DOES 1 through 10 inclusive,
18
              Defendants.
19

Case No.:  11-3586 YGR

<u>CLASS ACTION</u>

**ORDER GRANTING MOTION FOR
AWARD OF ATTORNEYS' FEES
AND COSTS, CLASS
REPRESENTATIVES'
ENHANCEMENT AND CLAIMS
ADMINISTRATOR'S FEES**

20       Having fully received and considered the motion of Plaintiffs MARCUS

21 BECERRA, NATALIE CIEBRANT, PHILLIP DIETRO and ARIEL GONZALEZ

22 ("Plaintiffs") for an award of reasonable attorneys' fees and costs, class representatives'

23 enhancements and claim administrator's fees provided for in the parties' Joint Stipulation

24 for Settlement of Class Action ("Settlement Stipulation") and supported by the

25 Declaration of Eric A. Grover, the declarations of Plaintiffs Becerra, Ciebrant, Dietro,

26 and Gonzales, the Declaration of Mary Butler of Simpluris, Inc., and the arguments of

27
28

counsel presented to the Court at the hearing of this motion on March 18, 2014, and with GOOD CAUSE APPEARING, the Court hereby rules as follows:

1.      Plaintiffs' Motion for an Award of Reasonable Attorneys' Fees and Costs, is hereby GRANTED.   The Court finds that the requested fees in the amount of $169,356.20, which represents less than Class Counsel's actual lodestar, which was $219,175 as of December 31, 2013, to be fair and reasonable.

2.      The hourly rates used to arrive at this figure are consistent with market rates and reasonable in light of the Class Counsel's skill, experience, and expertise.   The Court is further satisfied that the number of hours expended on the litigation is reasonable given that the requested fees are less than the actual lodestar.

3.      The Court finds that Plaintiffs' request for Class Counsel's out-of-pocket costs in the amount of $8,643.80 is reasonable.

4.      The amounts of $169,356.20 and $8,643.80, a total of $178,000, shall be paid by the Claims Administrator to Class Counsel, as set forth in the Settlement Stipulation.

5.      Plaintiffs' motion for award of Class Representatives' enhancements is hereby GRANTED.   The Court finds that the requested enhancement awards of $3,000 each for the named Plaintiffs and Class Representatives Becerra, Ciebrant, Dietro, and Gonzales are reasonable and fair given the Plaintiffs' time and efforts in representing the settlement class members in the litigation and settlement of this action.

6.      The amounts of $3,000 each shall be paid to Plaintiffs Becerra, Ciebrant, Dietro, and Gonzales according to the terms of the Settlement Stipulation.

7.      Plaintiffs' motion for payment of the Claims Administrator's fees is hereby GRANTED.   The requested payment of $10,500 to Simpluris, Inc. is reasonable and shall be paid according to the terms of the Settlement Stipulation.

**IT IS SO ORDERED.**

Dated: March 26, 2014

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge